HELENE H. BUROW, Respondent, v. ORISON C. BOUTON et al., Appellants.—

Hagarty, Carswell, Johnston, Adel and Taylor, JJ., concur.